# EXHIBIT B



# Glide™
## THERMAL LINERS

# SLICKER, SOFTER...
# THE WAY A LINER SHOULD FEEL

The slick low friction properties of Glide™ mean added freedom of movement and less working stress for a more comfortable feel in your turnout gear. This low friction capability is a result of our patented weave…the only face cloth with 60% DuPont™ Kevlar® using Safety Components' Filament Twill Technology™.

In addition to low friction, Glide provides the ultimate in moisture management as it wicks perspiration from the body and dries quickly – keeping you cooler, drier and more comfortable.

" 70% of the Top 10 Metro Cities specify Safety Components protective fabrics. "



# SAFETY COMPONENTS

PROVEN PROTECTION. PROVEN PERFORMANCE. PROVEN DURABILITY.

## Turnout Gear Fabric Technologies



**Glide™ THERMAL LINERS**

**FACE CLOTH:** 60% DuPont™ Kevlar® filament
40% spun yarn
(DuPont™ Nomex®, Lenzing FR®)

**AVAILABLE BATTINGS:**
– Multi-layer meta/para-aramid spunlace
– PBI G2™ multi-layer PBI/aramid spunlace
– 4 oz. virgin needlepunched meta-aramid batting

## Look Beyond the Surface

If you are searching for optimum slickness and freedom of movement, you need to consider yarn construction and design. That's when you'll realize all thermal liners aren't engineered for the work you do. When you look beyond the surface, it's easy to understand how Glide™ (60% DuPont Kevlar filament) outperforms conventional spun-filament liner systems (typically 25-50% filament) in terms of slickness, comfort, and freedom of movement.

Consider the illustrative photos below: Glide (left) with DuPont Kevlar filament utilizing Safety Components' patented Filament Twill Technology; and Tencate Quantum3D® (right) using a traditional spun-filament blend. So, what is the difference?

A microscopic analysis shows Glide (Fig. 1) with an abundance of strategically woven DuPont Kevlar filament on the surface of the fabric – a combination leading to significant advantages in slickness for freedom of movement, lubricity for comfort, and strength for durability. Comparatively, Tencate Quantum3D (Fig. 2) has an abundance of coarse, loose, and scruffy spun yarns on the surface of the fabric – a combination leading to more friction and less comfort.


**Fig. 1: Glide**


**Fig. 2: Quantum3D**

## Optimum Moisture Management

Glide is engineered to significantly reduce stress, reduce friction and provide excellent moisture management. Glide's special weave allows this thermal liner to move sweat away from your body for greater comfort and release that moisture for quick drying time…all this while maintaining the freedom of movement you need to get the job done.



**SLIDING FRICTION IN GRAMS OF FORCE**
Glide (Kevlar): 0.49 | Caldura®: 0.67 | Quantum3D: 0.69
*Lower Number = Less Friction*

Specify Glide in one of the following combinations:

**Glide 2-Layer – 7.4 oz.**
Glide face cloth quilted to 2-layers of spunlace (one-layer of 1.5 oz. meta/para-aramid spunlace and one-layer of 2.3 oz. meta/para-aramid spunlace).

**Glide with PBI G2 – 6.8 oz.**
Glide face cloth quilted to one-layer of 1.4 oz. and one-layer of 1.8 oz. PBI/aramid spunlace batting.

**Glide Pure – 7.6 oz.**
Glide face cloth quilted to one-layer of virgin (pure) needlepunched meta/para-aramid fiber with a weight of 4 oz.

40 Emery Street ▪ Greenville, SC 29605 ▪ 800-896-6926 ext. 25 ▪ www.safetycomponents.com

Safety Components maintains ISO 9001:2000, TS 16949 and ISO 14001 certifications. Our fabric testing laboratories are ISO 1725 approved, ASTM (North America), DIN (Europe), JIS (Asia), and NFPA certified. Throughout our 100 year history, Safety Components has developed a reputation for product quality, product innovation, product diversity and on-time delivery.

Glide and Filament Twill Technology are trademarks of Safety Components, Inc.
PBI G2 is a trademark of PBI Performance Products Inc.
Quantum3D and Caldura are registered trademarks of TenCate Protective Fabrics.
TenCate is a registered trademark of Royal Ten Cate.
Lenzing FR is a registered trademark of Lenzing AG or its affiliates.
DuPont, Nomex and Kevlar are trademarks or registered trademarks of DuPont or its affiliates.





A Proud Supporter of National Fallen Firefighters Foundation®


**SAFETY COMPONENTS**


an itg™ company
*open the future ™*